# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Waddell Bynum Jr., ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 3:20-cv-00153-RJC-DCK | |
| ) | | |
| vs. ) | | |
| ) | | |
| Board of County Commisioners ) | | |
| Registerd Agents ) | | |
| Dekalb County Sanitation, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2020 Order.

August 18, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court